# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Jaime Veliz,

        Plaintiff,

v.

L. Dahlberg Enterprises, Inc.,

        Defendant.

COURT MINUTES – CIVIL
BEFORE: TONY N. LEUNG
U.S. MAGISTRATE JUDGE

| | |
|---|---|
| Case No: | 13-cv-2004 (RHK/TNL) |
| Date: | October 16, 2013 |
| Courthouse: | St. Paul |
| Courtroom: | 342 |
| Recording: | None |
| Time Commenced: | 3:00 PM |
| Time Concluded: | 3:30 PM |
| Time in Court: | 30 Minutes |

Hearing on: **RULE 16 PRETRIAL CONFERENCE**

**APPEARANCES:**

    Plaintiff:    Paul R. Hansmeier

    Defendant:    Robyn K. Johnson

**PROCEEDINGS:**

    X    In person

    ☐    By telephone

**Other Remarks:**

    Discussion of pretrial deadlines – Pretrial scheduling order will be issued.

    The Court encouraged the parties to work diligently and to consider possibilities for resolving the matter.

                                                          *s/ J. Dunbar Fannemel*
                                                                   Judicial Assistant