UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Jaime Veliz, | Court File No.: 13-cv-02004-RHK-TNL |
| Plaintiff, | |
| vs. | **JOINT LETTER** |
| L. Dahlberg Enterprises, Inc., a Minnesota corporation d/b/a Wally's Sports & Clothing, | |
| Defendant. | |

---

Pursuant to the Court's October 21, 2013 Order (Docket No. 9), the parties submit this Joint Letter to advise the Court of the status of the case. The parties have engaged in advanced settlement discussions and anticipate that a settlement will be finalized in the near future. The parties will promptly notify the Court if and when a settlement is finalized.

| **ATTORNEY FOR PLAINTIFF** | **ATTORNEY FOR DEFENDANT** |
|---|---|
| By: s/ Paul R. Hansmeier | By: s/ Robyn K. Johnson |
| Paul R. Hansmeier, Esq. (#0387795) | Robyn K Johnson, Esq. (# 0309734) |
| CLASS JUSTICE PLLC | COUSINEAU MCGUIRE CHARTERED |
| 100 5th Street South | 1550 Utica Ave S Ste 600 |
| Suite 1900 | Minneapolis, MN 55416-5318 |
| Minneapolis, MN 55402 | Tel.: 952-546-8400 |
| Phone: (612) 234-5744 | rkj@cousineaulaw.com |
| mail@classjustice.org | |
| Dated: March 3, 2014 | Dated: March 3, 2014 |